IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ARTHUR T. CONNER,

        Petitioner,                  JUDGMENT IN A CIVIL CASE

v.                                         Case No. 12-cv-08-bbc

UNITED STATES OF AMERICA,

        Respondent.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that petitioner Arthur T. Conner's motion for post conviction relief under 28 U.S.C. § 2255 is DENIED.


_____                 9/26/12_____
Peter Oppeneer, Clerk of Court                    Date