UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF WISCONSIN

UNITED STATES OF AMERICA,

v.

ARTHUR T. CONNER.
    Defendant-Petitioner.

NOTICE OF APPEAL

12-cv-8

DOC NO
REC'D/FILED
2017 OCT 10 AM 10: 25

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

NOTICE OF APPEAL TO THE COURT OF APPEALS FROM A JUDGMENT OR
ORDER OF A DISTRICT COURT

NOTICE, is hereby given that Arthur T. Conner pro se Petitioner in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the District Courts order denying Conner's Federal Rules of Civil Procedures Rule 60(b)(6) motion to re-open his existing §2255 proceedings, entered in this action on the 11 day of September, 2017. From the final judgment of criminal conviction in case number 3:07-cr-31.

RESPECTFULLY SUBMITTED:

ARTHUR T. CONNER#06383-090
P.O. BOX 1000
Oxford, Wi. 53952

Dated this 4th day of October, 2017.